CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARZANA HAI, | CIVIL NO. 3:25-cv-04255-SK |
| Plaintiff, | |
| vs. | STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER AND JUDGMENT |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Take any other action necessary to complete the administrative record;
- Reevaluate the medical opinion evidence;
- Reevaluate the residual functional capacity;

Stip. to Remand, [3:25-cv-04255-SK]         1

- Obtain supplemental vocational evidence, if warranted; and
- Issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 5, 2025         By: */s/ John Metsker*
                                 JOHN METSKER
                                 (as authorized by email)
                                 Attorneys for Plaintiff

Dated: September 5, 2025         CRAIG H. MISSAKIAN
                                 United States Attorney

                        By:      /s/ *Erin Highland*
                                 ERIN HIGHLAND
                                 Special Assistant U.S. Attorney
                                 Office of Program Litigation, Office 7
                                 Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

**ORDER AND JUDGMENT**

Good cause appearing, the Court HEREBY GRANTS the stipulation of the parties and ORDERS that this action be REMANDED to the Social Security Administration for further administrative proceedings. This Order shall constitute a judgment against Defendant and in favor of Plaintiff reversing the final decision of the Commissioner. The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings. This constitutes a final judgment under Federal Rule of Civil Procedure 58. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

DATE: September 5, 2025         _____
                                THE HONORABLE SALLIE KIM
                                United States Magistrate Judge

Stip. to Remand, [3:25-cv-04255-SK]            2